M. P. No. 1969. THOMAS W. ZONA *v.* NORTH PROVIDENCE BOARD OF CANVASSERS. Motion for a special assignment granted, and the matter assigned to the June 1973 calendar. Joslin, J.,

not participating. *Donald R. Lembo,* for petitioner. *Robert S. Ciresi,* for respondent.